Name: Guy Allan Nelson
Prison Number: 166260
Place of confinement: Goose Creek Correctional Center
Mailing address: 22301 West Alsop Road
City, State, Zip: Anchorage, Alaska 99623
Telephone:

RECEIVED
OCT 06 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Guy Allan Nelson,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Municipality of Anchorage, Anchorage Police Department; Officers John Doe 1-5,

(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:21-CV-00222-SLG
(To be supplied by Court)

PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Guy Allan Nelson,
(print your name)

who presently resides at 22301 West Alsop Road Wasilla, Alaska 99623,
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Municipality of Anchorage_ is a ~~citizen~~ of _Municipal Government_
(name)
_Alaska_, and ~~is employed~~ **operates the** as a _Anchorage Police Department_.
(state) (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.

OR

___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Officer John Doe 1_ is a citizen of
(name)
_Alaska_, and is employed as a _Police Officer_.
(state) (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.

OR

___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Officer John Doe 2_ is a citizen of
(name)
_Alaska_, and is employed as a _Police Officer_.
(state) (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.

OR

___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about __January 2nd 2021__, my civil right to
(Date)
__Due Process (Devereaux Claim) FALSE ARREST__
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by __Defendant's John Doe 1-5__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On January 2nd 2021, I was detained and Arrested by Defendants John Doe(s) 1 Through 5 after Each Officer 'Deliberately Fabricated Evidence of a Crime of Attempted Burglary of the SugarShack (a Business) based upon the False Statements (Never Made) of Witnesses (3 Employees of the SugarShack that I had "Tried to Break into the Business by Breaking a Drive up Window and Attempted to Crawl through the Window"). The False Arrest was prevented by the on Duty Nurse at the Anchorage Correctional Complex who refused my admission into the Jail because I was still Covid Positive. The Officer(s) then reported a Second False Statement that I "Faked a Medical Condition in order to Avoid being Arrested".

"The Deliberate Fabrication of Evidence Subjecting a Citizen to Criminal Charges Violates Due Process and is Actionable Under Title 42 USC §1983"

Criminal Charges were the Subject of a Probation/Parole Violation to wit have been the long Subject of Which I Continue to be Subject. See Criminal/Probation Violation in 3AN-15-06622CR and Subsequent Parole Violation to wit No Defendant has or will Submit a Affidavit to the Correct facts being included in their Police Reports of the January 2nd 2021 incident or they Face Perjury for the lies the Witnesses have already made Statements to the Facts.

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about January 2nd, 2021 (Date), my civil right to Due Process (loss of Property) / State Action of Theft of Property (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by John Doe 1 and John Doe 2 (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Following the Anchorage Jail's refusal to admit me into the Jail, Two Police officers (who are still Un Named/Unknown to me) Then dragged me into their Patrol Car and drove me to a Wendy's Restraunt on 5th Avenue and Reeve Drive, where they pulled my Back Pack from their Patrol Cars Trunk and Disposed of my Belongings into the Dumpster (Total Items value of Approx. $5000 including Cash/Debit Cards, Property items). The Officers Then Proceeded to Torment me with this loss of Property until we got to the Hospital (AK Regional Hospital).

Items Taken: Back Pack (New); Rain Coat; Rain Pants; Sweat Shirt; Sweat Pants; Jeans; Underwear (2pr); T-shirts, Socks (3pr), Nike Air Max Shoes (New), 19" Supersonic TV w/remote, 6ft Coax; X Box 360 System; 2 Wireless XBox Controllers; X Box 360 Games (Skyrim; Oblivion; Civilization; Forza Horizon 2; GTA 4; WWE-2K17; World Series of Poker; Madden NFL 14; Nascar on The Line; Need 4 Speed Carbon) Link Hub and Cable; Cell Phones (2ea); Radio w/ Koss Headphones; Winter Gloves (New) Cash and Cash Debit Card ($500 total); Photo's of Mother and Father (both deceased); Father's Watch; and additional Personal Documents, Hygine items.

Claim 3: On or about January 2nd 2021, my civil right to State Claim of Failure to Train, Supervise and Discipline
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Municipality of Anchorage.
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

The Defendants John Doe(s) 1 Through 5 are Employees of the Anchorage Police Department opperated by the Municipality of Anchorage in which the Municipality is obligated to Train, Supervise and Discipline it's Employees for Acts it's Employees Commit while Conducting their Duties for the Municipality of Anchorage.

Here, the Employees of the Anchorage Police Department lied in their Reports deliberately Fabricating Evidence, Subjecting me to an arrest without Cause (Probable Cause lacks where No Crime was reported), loss of liberty of One Day, loss of Employment & Potential of One Day, Subjected to Probation/Parole Violations of a New Criminal Charge where None was actually Committed, Nor Charged. The loss of My Property when it's officer Employee's Threw away my Back Pack and its Contents in a Dumpster at Wendy's Resteaunt on 5th Ave and Reeve Street. It's Employee then Continued to make threats of Future Bodily Harm and loss of my Future Freedoms to which I believe and Continue to Believe are Real and Potentially Viable threats against Me.

The Defendant Municipality of Anchorage is liable under the Respondant Supperior Doctrine.

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __✓__ No ? I've Filed Some other Actions Not Sure how many or Status.

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ✓ Yes ___ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: Officer(s) at Hospital January 2nd 2021 Promissed To Personally Guarantee I will Spend the Rest of my life in Jail! This Threat was clear and made me leave the Hospital AMA as Soon as I was Clear Headed Some 15 hours later. No other Memories of the Events of How my leg was cut or the next few Days. U.S. Marshal's did have Contact with me on one Day in January But My Memories are Unclear as To Why?

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 5,000.00

2. Punitive damages in the amount of $ 10,000.00

3. An order requiring defendant(s) to refrain from Personal Contact with me when No emergency requirement is present. The Police Need to be Able to Police but not Harrass me.

4. A declaration that _____

5. Other: Any order the Court Deems Just

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Wassilla Alaska on October 1th 2021
                (Location)                              (Date)

_Jerry Allan Nelson_
(Plaintiff's Signature)

_____    _____
Original Signature of Attorney (if any)        (Date)

_____
_____
Attorney's Address and Telephone Number

From: Guy Allen Nelson #166260
Goose Creek Correctional Center
22301 West Alsop Road
Wasilla, Alaska 99623

NEOPOST FIRST-CLASS MAIL
10/05/2021
US POSTAGE $002.16⁰
ZIP 99654
041M11450739

To: Clerk of the Court
United States District Court
223 West 7th Avenue
Anchorage, AK 99513

New Complaint:
Nelson vs Muni of Anchorage.